**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| LATOSHA BROWN; CANDACE FOWLER; JENNIFER IDE; CHALIS MONTGOMERY; KATHARINE WILKINSON, | ) | |
| Plaintiffs, | ) | CASE NUMBER |
| v. | ) | |
| BRIAN KEMP, in his official capacity as Secretary of State of the state of Georgia, | ) | |
| Defendant. | ) | |

**<u>PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER</u>**

Plaintiffs seek emergency relief to prevent Defendant, Georgia Secretary of State Brian Kemp, from supervising the tabulation of votes and certification for the 2018 general election in Georgia, in which he is the Republican candidate for governor. Those dual roles violate the basic rule of fairness that "no man can be a judge in his own case," *In re Murchison*, 349 U.S. 133, 136 (1955), and violate Plaintiffs' due process and First Amendment rights. In the alternative, Plaintiffs

respectfully request an immediate hearing. The relief should be granted for the reasons set forth in Plaintiffs' accompanying memorandum of law.

Given the urgency of the upcoming election certification deadline, and in response to recent reports that Defendant Kemp has used his office to publicize unsupported allegations of misconduct by his opposing party, Plaintiffs seek a temporary restraining order that:

1) Immediately enjoins Defendant Kemp from exercising any powers or duties of the Office of the Secretary of State relating to the 2018 general election, including any runoff or recount, and enjoins him from serving as a member or chairman of the State Elections Board for any purposes relating to the general election;

2) Directs the Governor of Georgia to appoint a substitute to perform the election-related duties of the Secretary of State, and provides that such substitute shall not be anyone who currently reports to or works for Secretary of State Kemp or the Kemp for Governor campaign; and

3) Directs the Georgia Secretary of State's Office to immediately remove from its web page any reference to any alleged investigation of the Democratic Party.

Date: November 6, 2018

Respectfully submitted,

*/s/ Michael J. Moore*

MICHAEL J. MOORE
Georgia Bar No. 520109
CHARLES W. BYRD
Georgia Bar No. 100850
CAROLINE G. MCGLAMRY
Georgia Bar No. 230832
WADE H. TOMLINSON III
Georgia Bar No. 714605
POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.
3391 Peachtree Road, NE, Suite 300
P.O. Box 191625 (31119-1625)
Atlanta, GA 30326
Telephone: (404) 523-7706
efile@pmkm.com

BRYAN L. SELLS
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
bryan@bryansellslaw.com

LAURENCE M. SCHWARTZTOL*
JUSTIN FLORENCE*
Protect Democracy Project, Inc.
10 Ware Street

Cambridge, Massachusetts 02138
Telephone: (202) 945-2092
Facsimile: (929) 777-8248
larry.schwarztol@protectdemocracy.org

IAN BASSIN*
Protect Democracy Project, Inc.
222 Broadway Avenue, #1898
New York, NY 10038
Telephone: (202) 599-0466
Facsimile: (929) 777-8428
ian.bassin@protectdemocracy.org

JESSICA MARSDEN*
Protect Democracy Project, Inc.
106 S. Greensboro St, Suite E
Carrboro, North Carolina 27510
Telephone: (202) 672-4812
Facsimile: (929) 777-8428
jess.marsden@protectdemocracy.org

**Pro Hac Vice* forthcoming

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy as required by law.

Date: November 6, 2018

*/s/ Michael J. Moore*

MICHAEL J. MOORE
Georgia Bar No. 520109
POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.
3391 Peachtree Road, NE, Suite 300
P.O. Box 191625 (31119-1625)
Atlanta, GA 30326
Telephone: (404) 523-7706
efile@pmkm.com