IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LaTosha Brown, et al.**, <br><br>   Plaintiffs, <br><br>    v. <br><br><br><br>**Hon. Brian Kemp** <br>*in his official capacity as Secretary of State of the State of Georgia,* <br><br>   Defendant. | CIVIL ACTION FILE <br>NO. 1:18-CV-05121-WMR |

# ORDER

The Court, having read and considered the Motion for Temporary Restraining Order (Doc. 2), hereby schedules a hearing for **THURSDAY, NOVEMBER 8, 2018 at 9:45 AM,** Courtroom 1705, 75 Ted Turner Drive, S.W., Atlanta, GA 30303. The Court hereby directs Plaintiffs' counsel to serve a copy of this Order upon Defendant.

TRO ORDER

SO ORDERED, this <u>7th</u> day of November, 2018.

                                      <u>/s/ William M. Ray, II</u>
                                      WILLIAM M. RAY, II
                                      United States District Judge