IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| LATOSHA BROWN, et al., | * | |
| | * | CA No. 1:18cv5121-WMR |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| BRIAN KEMP, in his official capacity as Secretary of State of the State of Georgia, | * * * | |
| | * | |
| Defendant. | * | |

DECLARATION OF CHRIS HARVEY

Pursuant to 28 U.S.C. § 1746, CHRIS HARVEY, Elections Director in the office of the Secretary of State for the State of Georgia, declares as follows:

1. I make this Declaration in support of a response by Secretary Kemp to a motion for a temporary restraining order filed in the above-styled matter of *Brown, et al., v. Brian Kemp, et al,* (Civil Action No. 1:18-cv-5121-WMR).

2. I have been the State of Georgia's Elections Director since July 2015. From August 2007 to July 2015, I was the Chief Investigator and Deputy Inspector General for the Secretary of State's office, investigating, amongst other things, potential violation of state election law. For over a decade, I

have acquired first-hand knowledge of Georgia's election processes at both the state and county level.

3. In Georgia, elections are conducted at the county level. All counting of ballots is at the county level.

4. Each county election superintendent arranges for the "computation and canvassing of the returns" after the election. O.C.G.A. § 21-2-492.

5. The computation and canvassing of the returns is done in public. O.C.G.A. § 21-2-493(a).

6. The returns from each county voting precinct are recorded and then added together by county election officials. These consolidated returns are "attested by the assistants who made and computed the entries respectively" and "signed by the superintendent." O.C.G.A. § 21-2-493(k).

7. The county superintendents also upload their consolidated returns to an Election Night Reporting (ENR) electronic system. These results are initially unofficial and incomplete.

8. The county superintendent then certifies the returns, no later than by the Monday following the election, and immediately transmits the returns to the Secretary of State. O.C.G.A. § 21-2-493(k). *See also* O.C.G.A. § 21-2-497(a)(4). This year, since Monday, November 12, 2018 is a federal holiday, the deadline for certification is Tuesday, November 13, 2018.

9. Once certification is complete, all election materials, including all ballots, are "deliver[ed] in sealed containers to the clerk of the superior court" of that county. O.C.G.A. § 21-2-500(a). The county superintendent then ensures ENR results are the same as the certified results.

10. When the Secretary of State's Office receives the certified consolidated returns from each county, the results are checked against the final results reported by the county through the ENR.

11. The role of the Secretary of State's staff, in certifying the statewide results, is simply ministerial. Staff double check the math on all of the county's vote totals and confirm that the totals on the paper document, which is certified, match what is reported electronically by the county. Staff then add all of the county returns together, electronically, to tabulate the statewide total. No staff from the Secretary of State's Office has any discretion or ability to change any vote totals for any county. Even if staff discovered a discrepancy with a county's numbers, any corrections would have to be made at the county level. O.C.G.A. § 21-2-499(a).

12. The procedures described above for certification of returns apply to all elections, including any run-off elections.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Executed this 08 day of November, 2018.

CHRIS HARVEY
*Elections Director, in the office of the Secretary of State for the State of Georgia*