# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-05121-WMR
## Brown et al v. Kemp
## Honorable William M Ray, II

Minute Sheet for proceedings held In Chambers and Open Court on 11/08/2018.

TIME COURT COMMENCED: 9:42 A.M.
TIME COURT CONCLUDED: 9:59 A.M.
TIME IN COURT: 0:17
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Charles Byrd representing Plaintiffs<br>Russell Willard representing Brian Kemp |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| PLEADINGS FILED IN COURT: | Letter of Resignation |
| MINUTE TEXT: | After discussions in Chambers with counsel for both parties, the Court recognized counsel for Defendant and accepted a copy of Mr. Kemp's letter of resignation to Governor Deal. Counsel for Plaintiffs acknowledged that this would resolve the case. The Court will direct a dismissal of this case tomorrow morning. |
| HEARING STATUS: | Hearing Concluded |