# The Office of Secretary of State

*Brian P. Kemp*
SECRETARY OF STATE

November 8, 2018

The Honorable Nathan Deal
203 State Capitol
Atlanta, Georgia 30334

Dear Governor Deal,

I hereby tender my resignation as Georgia's Secretary of State effective 11:59 p.m. on November 8, 2018 to focus on the transition to my gubernatorial administration. Serving as Secretary of State has been an honor. I look forward to serving as Georgia's 83rd Governor and building on the success of your tenure as the leader of our state.

Sincerely,

B:PK
Brian P. Kemp

Sworn to and subscribed before me
on this the 8th day of November, 2018.

Robin W. Herron
NOTARY PUBLIC, Georgia
My Commission expires: March 6 2021

ROBIN W. HERRON
MY COMMISSION EXPIRES
NOTARY
PUBLIC
MARCH 6, 2021
NEWTON COUNTY, GEORGIA

214 State Capitol •Atlanta, Georgia 30334 • (404) 656-2881 • (404) 656-0513 Fax
www.sos.ga.gov