IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATOSHA BROWN; CANDACE FOWLER; JENNIFER IDE; CHALIS MONTGOMERY; KATHARINE WILKINSON,<br><br>    Plaintiffs,<br><br>    v.<br><br><br><br>BRIAN KEMP, in his official capacity as Secretary of State of the state of Georgia,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:18-CV-05121-WMR |

**ORDER**

THIS COURT HAVING HEARD AND CONSIDERED Plaintiffs' Motion for Temporary Restraining Order and for good cause shown therein, IT IS HEREBY ORDERED that Plaintiff's Motion for a Temporary Restraining Order is DENIED AS MOOT. The Clerk is directed to TERMINATE this action.

SO ORDERED, this 30th day of November, 2018.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE