**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LATOSHA BROWN, et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:18-cv-5121-WMR |
| BRIAN KEMP, | |
| Defendant. | |

# J U D G M E N T

This action having come before the Court, Honorable William M. Ray, II, United States District Judge, for consideration of Plaintiff's Motion for Temporary Restraining Order, and the Court having denied as moot said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **terminated**.

Dated at Atlanta, Georgia, this 30th day of November, 2018.

JAMES N. HATTEN
CLERK OF COURT

By: *s/D. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 30, 2018
James N. Hatten
Clerk of Court

By: *s/D. McGoldrick*
Deputy Clerk